UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WILLIAM COX,<br><br>      Plaintiff,<br><br>  v.<br><br>ARCELLOR MITTAL, GERALD COOK, JOSEPH MEDELLIN, MARY LYNN GARGAS-SOUTH,<br><br>      Defendants. | Judge Robert L. Miller<br><br>Mag. Judge Paul R. Cherry<br><br>Case No.    2:13-CV-081-RLM-PRC |

**DEFENDANTS' STATEMENT OF EXPENSES**

Pursuant to the Court's November 21, 2014 Order (ECF # 45), Defendants herby submit its statement of expenses incurred (including attorney fees for attendance) with respect to the attempted depositions on May 22, July 11, and August 22, 2014 as follows:

1. Defendants did not incur expenses or attorney's fee expenses for attending the deposition scheduled for May 22, 2014.

2. Defendants incurred a court reporter expense of $140.00 for late cancelation of the deposition scheduled for July 11, 2014. (*See* invoice attached as Exhibit A).

3. For the deposition attempted on August 22, 2014, Defendants incurred the following expenses

    a. $140.00 for court reporter appearance (see invoice attached as Exhibit B);

    b. $96.32 in mileage for Defendant Medellin and a corporate representative of Defendant ArcelorMittal to travel from Burns Harbor, Indiana to the deposition in Chicago, Illinois and back (two 86 mile roundtrip journeys at the IRS standard rate of $0.56 per mile).

2

      c. $830.00 in attorney's fees incurred for Defendants' counsel to attend the deposition (two hours at the undersigned counsel's rate of $415.00 per hour).

4. In total, Defendants have incurred $1,066.32 in expenses (including attorney fees for attendance) with respect to the attempted depositions on May 22, July 11, and August 22, 2014.

WHEREFORE, Defendants respectfully request that the Court award Defendants its expenses in the amount of $1,066.32, and further that Plaintiff be ordered to remit payment to Defendants' counsel of records within 30 days of the Court's order, or within some other time-period that the Court deems proper.

**DATED: December 4, 2014**      Respectfully submitted,
    DEFENDANTS

By: ____/s/ Kyle R. Hartman____
    One of Their Attorneys

Christopher J. DeGroff
Kyle Hartman
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone:   (312) 460-5000
Facsimile:   (312) 460-7000

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2014, I electronically filed the foregoing Defendants' Statement of Expenses with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

>Robin G. Remley
>Law Offices of Robin Remley LLC
>270 N. Main Street, Ste. A
>Crown Point, IN 46307
>Telephone:(219) 756-9600
>robinremley@comcast.net
>Attorneys for Plaintiff

>_____*s/ Kyle R. Hartman*_____
>                Kyle R. Hartman